ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE BAY AREA ROOFERS, et al.,<br><br>        Plaintiffs,<br><br>  vs.<br><br>WESTECH ROOFING, a California corporation also known as WESTECH ROOFING, INC.,<br><br>        Defendant. | NO.  C 06 4819 MHP<br><br>ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

      IT IS ORDERED that the Case Management Conference in this case set for December 4, 2006 be continued to January 8, 2007 at 4:00 p.m., Courtroom 15, 18th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: 11/29/06

                                    Honorable Marilyn H. Patel

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE