1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Montgomery Street, Suite 303
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiffs
5

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11 BOARD OF TRUSTEES OF THE BAY AREA  )      NO. C 06 4819 MHP
   ROOFERS HEALTH & WELFARE, et al.,  )
12                                     )      (PROPOSED)
                      Plaintiffs,      )      ORDER AND DEFAULT
13                                     )      JUDGMENT
              vs.                      )
14                                     )
   WESTECH ROOFING, etc.,             )
15                                     )
                      Defendant.       )
16 _____ )   default having been entered on 1/10/07,

17         Good cause appearing therefor, it is hereby ORDERED that

18 default  judgment  be  entered  in  favor  of  plaintiffs,  BOARD  OF

19 TRUSTEES  OF  THE  BAY  AREA  ROOFERS  HEALTH  &  WELFARE  TRUST  FUND,

20 PACIFIC  COAST  ROOFERS  PENSION  PLAN,  EAST  BAY/NORTH  BAY  ROOFERS

21 VACATION  TRUST  FUND,  BAY  AREA  COUNTIES  ROOFING  INDUSTRY  PROMOTION

22 FUND,  BAY  AREA  COUNTIES  ROOFING  INDUSTRY  APPRENTICESHIP  TRAINING

23 FUND; DOUG ZIEGLER, TRUSTEE, against defendant, WESTECH ROOFING,

24 a California corporation, also known as WESTECH ROOFING, INC., as

25 follows:

26 ////

27 ////

28 ////

              (PROPOSED) ORDER AND DEFAULT JUDGMENT        1

1 | ////

2 |       1.  Principal                      $ 49,992.93

3 |       2.  Interest                       2,325.06

4 |       3.  Attorneys fees              740.00

5 |       4.  Costs                          350.00

6 |              TOTAL:            $ 53,407.99

7 |       IT IS FURTHER ORDERED AND ADJUDGED that Plaintiffs'

8 | Motion for a Permanent Injunction is granted.  The Defendant, its

9 | agents, servants, employees, attorneys and all persons in active

10 | counsel and participation with it, are ordered to comply with those

11 | terms and provisions of the collective bargaining agreements and

12 | the Fund Trust Agreements which require timely payment of monthly

13 | contributions to the Trust Funds.  Defendant is further ordered to

14 | complete the report forms and pay the contributions owed for the

15 | months of July, August, September and October 2007 (pursuant to

16 | said agreements) by 4:30 p.m. on December 1, 2007 and all

17 | contributions owed to the Trust Funds for months subsequent thereto

18 | will be paid on or before their due date.

19 |       IT IS FURTHER ORDERED AND ADJUDGED in light of the

20 | decision in International Union of Operating Engineers v. Richard

21 | D. Karr, No. 91-35846 (9th Cir. 1993), that the only issue raised

22 | in this proceeding through the date of this default judgment is the

23 | failure of defendant to pay known delinquent contributions for the

24 | months of March 2005, April 2005, October 2006 through June 2007

25 | based upon unaudited financial information.  The Court allows

26 | plaintiffs to reserve its right to audit the defendant employer for

27 | any periods not previously audited, including the time period

28 | referred to above.  Entry of the Judgment has no effect whatsoever

1 │ on either (a) plaintiffs' right to audit defendant and collect by

2 │ subsequent legal action any sum found thereby to be due, or (b)

3 │ plaintiffs' right to collect by subsequent legal action any sums

4 │ found to be due for any time period other than the one referred to

5 │ above.

6 │ DATED:   November 9, 2007

7 │ _____

8 │ JUDGE MARILYN H. PATEL

IT IS SO ORDERED

Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

(PROPOSED)  ORDER  AND  DEFAULT  JUDGMENT                    3